IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SHARON TOOMBS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:10-0054 |
| ) | Judge Trauger |
| BSN, INC. and BIO-ENGINEERED ) | |
| SUPPLEMENTS & NUTRITION, INC., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

The Motion to Allow Peter Mavrick to Attend Initial Case Management Conference Via Telephone (Docket No. 18) will be **HELD IN ABEYANCE** until the court receives the proposed joint initial case management order for review.

It is so **ORDERED**.

ENTER this 23rd day of April 2010.

_____
ALETA A. TRAUGER
U.S. District Judge