Motion GRANTED
*[signature]*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **SHARON TOOMBS,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 3-10-54 |
| | ) |
| **BSN, INC., and BIO-ENGINEERED** | ) |
| **SUPPLEMENTS & NUTRITION, INC.** | ) |
| | ) |
| Defendant. | ) |

**MOTION TO ALLOW PETER MAVRICK TO ATTEND INITIAL CASE MANAGEMENT CONFERENCE VIA TELEPHONE**

Defendant Bio-Engineered Supplements & Nutrition, Inc. respectfully requests this Court to allow lead counsel, Peter Mavrick, to attend the Initial Case Management Conference ("ICM") via telephone. The ICM Conference is scheduled for Friday, April 30, 2010 at 10:00 a.m. Since Mr. Mavrick is located in Ft. Lauderdale Florida, he would have to incur travel expenses for hotel and airline tickets to attend the ICM conference. It would be much more cost effective to allow Mr. Maverick to attend via telephone.

The undersigned counsel will appear in person at the conference on behalf of Defendant.

1