# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **SHARON TOOMBS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **No. 3-10-0054** |
| | ) | |
| **BSN, INC., et al** | ) | |
| | ) | |
| **Defendant.** | ) | |

## Motion for Voluntary Dismissal Against BSN, Inc.

Now comes the Plaintiff Sharon Toombs and moves this Court, pursuant to the Federal

Rules of Civil Procedure 41(a)(2), to take a voluntary nonsuit against the defendant BSN, Inc.

and dismiss the action as to said defendant without prejudice.

Respectfully submitted,

_/s/ Allen Woods_____
Allen Woods (#23103)
The Law Offices of Woods & Woods
P.O. Box 128498
Nashville, Tennessee 37212
(615) 321-1426

## CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing document was sent
electronically by the Middle District Court electronic filing system to Peter T. Mavrick, 1620 W.
Oakland Park Blvd., Suite 300, Ft. Lauderdale, FL 33311, and to William B. Hawkins, 150 4th
Ave N, #1820, Nashville, TN 37219, on this the 30th day of June, 2010.

_/s/ Allen Woods_____